Argued and submitted February 28, conviction affirmed; remanded for
resentencing April 17, 1996

STATE OF OREGON,
*Respondent,*

*v.*

RICHARD DOYLE BAKER,
*Appellant.*

(93-1290C2; CA A89333)

914 P2d 717

Louis R. Miles, Deputy Public Defender, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender.

Timothy A. Sylwester, Assistant Attorney General, argued the cause for respondent. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Riggs, Presiding Judge, and Landau and Leeson, Judges.

PER CURIAM

Conviction affirmed; remanded for resentencing. *State v. McFee*, 136 Or App 160, 901 P2d 870, *rev allowed* 322 Or 362 (1995).